United States District Court
Northern District of California

1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9        NORTHERN DISTRICT OF CALIFORNIA
10        SAN JOSE DIVISION
11
12  SENAH, INC. fdba "SEI" and "SOURCES EAST",

Case No.  5:13-cv-04254 HRL

13              Plaintiff,

**ORDER REFERRING CASE TO JUDGE DAVILA FOR A RELATED CASE DETERMINATION**

14        v.
15  XI'AN FORSTAR S&T CO., LTD. and DOES 1 to 10,
16
              Defendants.
17
        Pursuant to Civil Local Rule 3-12(c), the instant action is referred to Judge Davila for a
18
determination as to whether it is related to Senah, Inc. v. Xi'an Forstar S&T Co., Ltd., Case No.
19
5:13-cv-01500 EJD.
20
        **SO ORDERED**.
21
Dated:  December 10, 2013
22
23                                              _____
                                                HOWARD R. LLOYD
24                                              UNITED STATES MAGISTRATE JUDGE
25
26
27
28

5:13-cv-04254-HRL Notice has been electronically mailed to:

Anthony Hugo Santucci     thegreat426@sbcglobal.net, thegreat@sbcglobal.net